# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130920

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KELLEY COLVIN,
　　　　Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
　　　　Defendant-Appellee.

SC: 130920
COA: 268157
Macomb CC: 05-005016-AH

_____/

　　　　On order of the Court, the application for leave to appeal the March 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

p0821